KEVIN BEHRENDT (SBN 211879)]
kevin@dermerbehrendt.com
JEFFREY DERMER (SBN 229903)
jeffrey@dermerbehrendt.com
DERMER BEHRENDT
13101 W. WASHINGTON BLVD., #407
LOS ANGELES, CA 90066
TEL: (310) 614-2492
FAX: (310)954-9206

Attorneys for Plaintiff Solo Industries, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLO INDUSTRIES, INC,<br><br>Plaintiff<br><br>v.<br><br>IMPAX PRODUCTS INC.,<br><br>Defendant | NO.<br><br>COMPLAINT FOR: PATENT INFRINGEMENT |

Plaintiff, Solo Industries, Inc. by its attorneys, for its Complaint against Defendant Impax Products Inc. alleges as follows:

**INTRODUCTION**

1. This is an action for infringement of United States Patent No. 8,881,738 (the patent-in-suit) arising under the patent laws of the United States, Title 35, United States Code, Sections 100 et seq. This action relates to a smoking device with an integrated lighter mechanism.

COMPLAINT -- 1

## PARTIES

2. Plaintiff Solo Industries, Inc. ("Solo Industries" or "Plaintiff") is a corporation organized and existing under the laws of the State of California, having a principal place of business at 16 Fleet St. #2, Venice, CA 90291.

3. Defendant Impax Products Inc. ("Impax" or "Defendant") is a corporation organized and existing under the laws of the California, having a principal place of business at 921 Mariner St., Brea, California, 92821.

## JURISDICTION AND VENUE

4. This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 et seq.

5. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 (federal question) and 1338(a) (patent infringement).

6. This Court has personal jurisdiction over Impax because, among other things, Defendant has purposely availed itself of the rights and benefits of the laws of California by engaging in systematic and continuous contacts with the state such that it should reasonably anticipate being haled into court here. Impax is registered to conduct business in the California, under file number 3306514 and has a regular and established place of business in this district at 921 Mariner St., Brea, California, 92821.

7.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391 and § 1400(b) because, upon information and belief, Impax has committed acts of infringement of the patent-in-suit in this district by offering for sale infringing smoking products and has a regular and established place of business in this district.

**BACKGROUND AND FACTS OR SOLO INDUSTRIE'S PATENT RIGHTS**

8.      On November 11, 2014, U.S. Patent No. 8,881,738 ("the '738 Patent"), titled "Integrated Smoking Device", was issued to named inventor Gary Bryman and assigned to Solo Industries, Inc. A true and correct copy of the '738 Patent is attached to this Complaint as Exhibit A. The '738 patent issued from Application No. US 13/046,129, filed on March 11, 2011 and was a continuation-in-part application of Application No. US 11/260,018, which was filed on Oct. 26, 2005. *See Id.* The '738 patent relates to "an integrated smoking device that includes a bowl for holding smoking material, an ignition source, a fuel source directing fuel at the bowl, and a chamber to carry smoke to the user. Some embodiments may include a housing or a cover over the bowl." The '738 patent has a total of 1-8 claims.

9.      Solo Industries owns the entire right, title and interest in and to the '738 Patent, as evidenced by the assignment recorded with the United States Patent and Trademark Office (USPTO) on or about September 3, 2014 and assigned Reel/Frame designation 033658/0663. A copy of the Patent Assignment of Application US 13/046,129 recorded with the USPTO is attached as Exhibit B.

10. At no time has Solo Industries licensed its rights under the '738 Patent to the Impax.

**DEFENDANTS' INFRINGING ACTIVITY OR PATENT INFRINGEMENT**

11. Solo Industries repeats and incorporates by reference the allegations of paragraphs **Error! Reference source not found.**-10 above.

12. The claims of the '738 patent carry a presumption of validity under 35 U.S.C. § 282(a) and are enforceable.

13. Solo Industries is the owner of the entire right, title and interest in the '738 patent by assignment and possesses the right to sue for and obtain equitable relief and damages for infringement of the patent-in-suit.

14. Impax has directly infringed and continues to directly infringe the '738 patent by making, using, selling, and offering for sale in the United States, and/or importing into the United States an integrated smoking device identified by the designation "Wikilite" (hereinafter "Accused Product"), embodying the invention defined by one or more claims of the '738 patent, without authority or license from Solo Industries. An image of the Accused Product taken from Impax's website, http: www. Zicolighter. com is included below and attached as Exhibit C:



15. More particularly, upon information and belief, Impax has infringed and continues to infringe at least Claim 1 of the '738 patent because the Accused Product includes every limitation of Claim 1. Claim 1 of the patent-in-suit recites:

An integrated smoking device comprising:

a housing;

a bowl disposed in the housing;

a smoke tube coupled to the bowl at a bowl end allowing gaseous flow from the bowl end to a draw end;

COMPLAINT -- 5

a flame assembly associated with a fuel aperture for directing fuel for a flame near the bowl and approximately parallel to the bowl;

an igniter arranged near the fuel aperture so that when the fuel aperture is directing fuel, the igniter ignites the fuel; and

a moveable arm, said moveable arm externally and proximately mounted near the bowl, the moveable arm further comprising the flame assembly and an air intake aperture;

wherein said moveable arm has an active position and an inactive position,

wherein said moveable arm is thrust above the housing in the active position and is lowered towards the housing in the inactive position; and

wherein said flame assembly further comprises said fuel aperture and said igniter;

a user control arranged such that a user may activate the igniter and cause fuel to flow from the fuel aperture, so as to produce a flame directed at the bowl, in a single operation.

16. The Accused Product includes all of the elements of Claim 1 of the '738 Patent.

17. Solo Industries has suffered injury, including irreparable injury, as a result of Impax's infringement. Solo Industries is therefore entitled to preliminary

and permanent injunctive relief restraining and enjoining Impax from infringing the patent-in-suit.

18. By reason of Impax's infringement, Solo Industries is suffering and will continue to suffer substantial damages in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court grant the following relief:

19. A judgment that Impax has infringed one or more claims of the patent-in-suit;

20. An order preliminarily and permanently restraining and enjoining Impax, its officers, agents, attorneys and employees, and those acting in privity or concert with Impax, from engaging in the manufacture, use, offer for sale or sale within the United States, or importation into the United States, of the Accused Product until after the expiration date of the patent-in-suit;

21. Damages or other monetary relief to Solo Industries;

22. Costs and reasonable attorneys' fees relating to this action pursuant to 35 U.S.C. § 285; and

23. Such other and further relief as the Court may deem just and proper.

## **DEMAND FOR TRIAL BY JURY**

Plaintiff demands a trial by jury on all issues that are so triable.

DATED this 15th day of August 2025.

        By  /s/ Kevin Behrendt
           Kevin Behrendt
           DERMER BEHRENDT
           13101 W. Washington Blvd., #407
           Los Angeles, CA 90066
           310.614.2492
           310.954.9206
           kevin@dermerbehrendt.com


      /s/Greg Latham
        Greg Latham
        Jared Rovira
        *Pro Hac Vice Application Forthcoming*
        Intellectual Property Consulting
        400 Poydras Street, Suite 1400
        New Orleans, LA 70130
        T:(504) 322-7166/F:(504) 322-7184
        E-mail: glatham@iplawconsulting.com
        E-mail: jrovira@iplawconsulting.com

        *ATTORNEYS FOR SOLO INDUSTRIES, INC.*